IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

     Plaintiff,                    No. CIV S-07-1307 WBS GGH P

     vs.

SILVIA HUERTA-GARCIA, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested a sixty day extension of time to file an amended complaint pursuant to the court's order of August 1, 2007.  Plaintiff is granted a thirty days extension. Further requests for extension of time must be supported by substantial cause.  Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 17, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: 8/28/07                           /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:bb
mast1307.36