IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

    Plaintiff,                        No. CIV S-07-1307 WBS GGH P

    vs.

SILVIA HUERTA-GARCIA, et al.,

    Defendants.

_____/         ORDER

        Plaintiff is a state prisoner proceeding pro with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is the amended complaint filed September 14, 2007. The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Huerta-Garcia, Campbell, Bunnell, Costa, Machado, Pogue, Robinson, Kowalczk, Robinson, Clendenin, Baker.

        2. The Clerk of the Court shall send plaintiff 11 USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed September 14, 2007.

        3. Within thirty days from the date of this order, plaintiff shall complete the

1

attached Notice of Submission of Documents and submit the following documents to the court:

      a.  The completed Notice of Submission of Documents;

      b.  One completed summons;

      c.  One completed USM-285 form for each defendant listed in number 3 above; and

      d.  Twelve copies of the endorsed amended complaint filed September 14, 2007.

    4.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  12/4/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mast1307.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

      Plaintiff,                          No. CIV S-07-1307 WBS GGH P

    vs.

SILVIA HUERTA-GARCIA, et al.,      <u>NOTICE OF SUBMISSION</u>

      Defendants.                  <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____      completed summons form

      _____      completed USM-285 forms

      _____      copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff