IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

      Plaintiff,                      No. CIV S-07-1307 WBS GGH P

      vs.

SILVIA HUERTA-GARCIA, et al.,

      Defendants.              ORDER

_____/

        On December 4, 2007, the court ordered plaintiff to complete and return the forms necessary to effect service, including twelve copies of the amended complaint. On December 17, 2007, plaintiff filed a letter with the court stating that the law librarian at Salinas Valley State Prison refused to make copies of the amended complaint.

        The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles of law." See generally S.E.C. v. G.C. George Securities, Inc., 637 F.2d 685 (9th Cir. 1981); United States v. New York Telephone Co., 434 U.S. 159 (1977). This section does not grant the court plenary power to act in any way it wishes; rather, the All Writs Act is meant to aid the court in the exercise and preservation of its jurisdiction. Plum Creek Lumber Company v. Hutton, 608 F.2d 1283, 1289 (9th Cir. 1979).

1  The court is concerned that it may lose its jurisdiction if plaintiff is unable to
2  prosecute this action because he cannot obtain copies of his complaint for service of defendants.
3  Accordingly, IT IS HEREBY ORDERED that:
4  1. The Warden of Salinas Valley State Prison shall inform the court within fifteen
5  days of the date of this order whether plaintiff is able to make copies of his complaint so that
6  service may be effected;
7  2. The Clerk of the Court shall serve this order on Warden, Salinas Valley State
8  Prison, 31625 Highway 101, P.O. Box 1020, Soledad, CA, 93960;
9  3. The Clerk of the Court shall also serve this order on Supervising Deputy
10  Attorney General Stephen Acquisto.
11  DATED: 01/17/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mast1307.alw