IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON,** | 2:07-CV-1307 WBS GGH P |
| Plaintiff, | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| **SILVIA HUERTA-GARCIA, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendants have a 30-day extension of time, from the date of service of this order, to file their response to Plaintiff's First Amended Complaint.

Dated: 05/27/08

/s/ Gregory G. Hollows
United States Magistrate Judge

mas1307.eot

1