IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**SILVIA HUERTA-GARCIA, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:07-CV-1307 WBS GGH P<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT BAKER TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant Baker's first request for an extension of time to file a responsive pleading to Plaintiff's First Amended Complaint, due to a conflict of interest, was considered by this Court and, good cause appearing,

IT IS HEREBY ORDERED that Defendant Baker has a 45-day extension of time, from the date of service of this order, to file his response to Plaintiff's First Amended Complaint.

Dated: 07/14/08

　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Court Magistrate Judge

mast1307.eot

1