IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MASTERSON,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SILVIA HUERTA-GARCIA, et al.,<br><br>　　　　　　Defendants. | Case No. 2:07-CV-1307 KJD-PAL (PC)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO INTERROGATORIES** |

　　Defendants' second request for an extension of time to file their opposition to Masterson's motion to compel further interrogatory responses was considered by this Court and, good cause appearing, IT IS ORDERED that Defendants have until January 20, 2011, to file their opposition to Masterson's motion to compel further interrogatory responses. `Nunc Pro Tunc.`

Dated: 9/27/2010　　　　　　　　　　/s/ _____

　　　　　　　　　　　　　　　　　United States District Judge

SA2008301771
30922155.doc

1

[Proposed] Order Granting Extension of Time for Defendants to File Opposition to Masterson's Motion to Compel Further Responses to Interrogatories (2:07-CV-1307 KJD-PAL (PC))