# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MASTERSON,<br><br>               Plaintiff,<br><br>vs.<br><br>SILVIA HUERTA-GARCIA, et al.,<br><br>               Defendants. | Case No. 2:07-cv-01307-KJD-PAL<br><br>**ORDER**<br><br>(Mtn for Scheduling Order - Dkt. #65)<br>(Mtn to Extend Time - Dkt. #67) |

      This matter is before the court on Plaintiff's Motion to Request Issuance of Scheduling Order and Ruling (Dkt. #65) and Plaintiff's Request for an Extension of Time to Respond to Defendants' Request for Extension of Time and the Court's Granting Extension of Time to Defendants (Dkt. #67). The court has reviewed the Motions.

      A review of the docket in this case reflects that the court entered a Scheduling Order (Dkt. #66) on October 8, 2010.  With regard to Plaintiff's Request for an Extension of Time (Dkt. #67), Plaintiff notes that the court entered an Order (Dkt. #62) allowing Defendants an extension of time to respond to Plaintiff's Motion to Compel (Dkt. #45). Plaintiff asserts he never received Defendants' request for an extension of time, and he wanted to oppose it.  The docket reflects that the court entered an Order (Dkt. #64) granting in part and denying in part Plaintiff's Motion to Compel on September 30, 2010.

      Accordingly,

      **IT IS ORDERED**:

      1.     Plaintiff' Motion for Scheduling Order (Dkt. #65) is DENIED AS MOOT.

      2.     Plaintiff's Motion for Extension (Dkt. #67) is DENIED AS MOOT.

      Dated this 28th day of March, 2011.

                                                                                                 PEGGY A. LEEN<br>
                                                                                                 UNITED STATES MAGISTRATE JUDGE